FILED01 OCT '13 16:58 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:13-CR- 00452-JO |
| v. | **INDICTMENT**<br>21 U.S.C. § 841(a)(1); (b)(1)(A)(viii) |
| OMAR MARTINEZ-RODRIGUEZ, | |
| Defendant. | |

### THE GRAND JURY CHARGES:

#### COUNT 1:
[Possession with Intent to Distribute Methamphetamine]

On or about September 25, 2013, in the District of Oregon, the defendant **OMAR MARTINEZ-RODRIGUEZ**, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21 United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

### CRIMINAL FORFEITURE ALLEGATION

As a result of committing the controlled substance offense alleged in Count 1 of this indictment, **OMAR MARTINEZ-RODRIGUEZ**, defendant herein, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any

property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation.

Dated this \_\_1st\_\_ day of October 2013.

A TRUE BILL

_____
OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney
District of Oregon

_____
STEVEN T. MYGRANT, OSB #03129
Special Assistant United States Attorney

**Indictment** **Page 2**