IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:13-cr-00452-JO-1 |
| Plaintiff, | ORDER TO SEAL ATTACHMENT |
| v. | TO MOTION TO SUPPRESS |
| | EVIDENCE AND STATEMENTS |
| OMAR MARTINEZ-RODRIGUEZ, | |
| Defendant. | |

THIS MATTER having come before the Court on motion of the defendant for an order sealing the Attachment to Motion to Suppress Evidence and Statements,

IT IS HEREBY ORDERED that the Clerk seal the Attachment to Motion to Suppress Evidence and Statements.

DATED this 10 day of December, 2013.

_____
THE HONORABLE ROBERT E. JONES
U.S. District Court Judge

Submitted by:

/s/ Ellen C. Pitcher
Ellen C. Pitcher
Alison M. Clark
Attorneys for Defendant

Page 1   ORDER TO SEAL ATTACHMENT TO MOTION TO SUPPRESS EVIDENCE AND STATEMENTS