S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**LEAH K. BOLSTAD, OSB #05203**
Assistant United States Attorney
Leah.Bolstad@usdoj.gov
**STEVEN MYGRANT, OSB #03129**
Special Assistant United States Attorney
1000 S.W. Third, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Facsimile:   (503) 727-1117
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:13-CR-00452-JO |
| v. | **JOINT STIPULATION** |
| **OMAR MARTINEZ-RODRIGUEZ,** | |
| **Defendant.** | |

United States of America, by and through S. Amanda Marshall, United States Attorney for the District of Oregon, Leah K. Bolstad, Assistant United States Attorney, Steven T. Mygrant, Special Assistant United States Attorney hereby presents a stipulation as requested by the Court. The government has conferred with defense counsel, and they agree to the following three-part stipulation:

1.      An individual can turn off his phone in order to keep his location private.

2.      In general, if a phone is on, the phone's location is known to the service provider as that information is critical for providing service; however, there may be certain phones that are capable of preventing location monitoring while on, and new technologies are developing in that

regard every day.   Other than turning the phone off entirely, the government is not aware of any special technology in this defendant's phone (a Samsung SGH-a157, a basic flip phone) that could prevent/block the provider from capturing GPS/precision location information while the phone is on/active.

3. In general, cell phone providers do not provide the government with GPS/precision location information without a search warrant.

Dated this 9th day of January 2014.

                                        Respectfully submitted,

                                        S. AMANDA MARSHALL
                                        United States Attorney

                                        *s/Leah K. Bolstad*
                                        LEAH K. BOLSTAD, OSB #052039
                                        Assistant United States Attorney
                                        *s/Steven T. Mygrant*
                                        STEVEN T. MYGRANT, OSB #03129
                                        Special Assistant United States Attorney